JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nikki Lennertz<br><br>        Plaintiff,<br><br>v.<br><br>Cross America Financial, LLC<br><br>        Defendants. | Case No.  CV 15-06643-AB (JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: April 28, 2016   _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.